Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VERCY L.L.C., a California business entity, et. al.,<br><br>　　　　　　Defendants. | Case No.:  8:22-cv-01376-DOC-ADS<br><br>**STIPULATION TO EXTEND DEADLINE** |

　　Now Comes Plaintiff SHANE SCOFIELD, in his individual capacity, and Defendant VERCY L.L.C., (the "Parties") by and through their respective attorneys, who stipulate to the following:

　　WHEREAS at the initial case management conference on September 9, 2022, the Parties notified the Court that a settlement had occurred;

　　WHEREAS, on September 16, 2022, an Order recognizing settlement and retaining jurisdiction over the matter for thirty days was entered;

1  WHEREAS, in order to facilitate and complete settlement, the Parties hereby request that the Court extend the deadline to file dispositive paperwork for an additional thirty (30) days until November 16, 2022.

Dated: October 13, 2022          Respectfully submitted,

By:   /s/ Mark L. Javitch
      Mark L. Javitch

      *Attorneys for Plaintiff*

By:   /s/ Brent Phillips

      *Attorneys for Defendant*