UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br>　　　　Plaintiff,<br>v.<br>VERCY LLC, et. al.,<br>　　　　Defendants. | Case No.:  8:22-cv-01376-DOC-ADS<br><br>**ORDER TO EXTEND DEADLINE** |

Plaintiff SHANE SCOFIELD and Defendant VERCY LLC stipulate to extend the deadline to file dispositive paperwork until November 16, 2022.  The Court hereby GRANTS the leave requested.

**IT IS SO ORDERED.**

DATED: October 21, 2022

_/s/ David O. Carter_
Honorable David O. Carter
United States District Court Judge