UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>VERCY LLC, et. al.,<br><br>          Defendants. | Case No.: 8:22-cv-01376-DOC-ADS<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINE** |

   Plaintiff SHANE SCOFIELD and Defendant VERCY LLC stipulate to extend the deadline to file dispositive paperwork until November 16, 2022.  The Court hereby GRANTS the leave requested.

   **IT IS SO ORDERED.**

   DATED: _____, 2022.

                                             _____
                                             Honorable David O. Carter
                                             United States District Court Judge