1  Mark L. Javitch (CA SBN 323729)
   Javitch Law Office
2  3 East 3rd Ave. Ste. 200
3  San Mateo, CA 94401
   Telephone: (650) 781-8000
4  Facsimile: (650) 648-0705
5  mark@javitchlawoffice.com

6  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual, | Case No.: 8:22-cv-01376-DOC-ADS |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE** |
| v. | |
| VERCY L.L.C., a California business entity, et. al., | |
| Defendants. | |

Now Come Plaintiff SHANE SCOFIELD, in his individual capacity, and Defendant VERCY L.L.C. (the "Parties"), by and through their respective attorneys, who hereby stipulate to the following:

WHEREAS at the initial case management conference on September 9, 2022, the Parties notified the Court that a settlement had occurred;

WHEREAS, on September 16, 2022, an Order recognizing settlement and retaining jurisdiction over the matter for thirty days was entered;

WHEREAS, pursuant to stipulation, in order to facilitate and complete settlement, the Court extended the deadline to file dispositive paperwork for thirty (30) days until November 16, 2022 (Dkt. 19); and another thirty days until December 16, 2022 (Dkt. 21);

WHEREAS, now the Parties represent that they need more time to facilitate settlement. In order to further facilitate and complete settlement, the Parties request an additional extension to file the deadline to file dispositive paperwork for an additional thirty (30) days until January 16, 2023.

Dated: December 16, 2022       Respectfully submitted,

By:   /s/ Mark L. Javitch
      Mark L. Javitch

      *Attorneys for Plaintiff*

By:   /s/ Brent Phillips
      Brent Phillips

      *Attorneys for Defendant*