UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>VERCY LLC, et. al.,<br><br>  Defendants. | Case No.: 8:22-cv-01376-DOC-ADS<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINE** |

Plaintiff SHANE SCOFIELD and Defendant VERCY LLC stipulate to extend the deadline to file dispositive paperwork until January 16, 2023. The Court hereby GRANTS the leave requested.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable David O. Carter
United States District Court Judge