UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERCY LLC, et. al.,<br><br>　　　　　Defendants. | Case No.: 8:22-cv-01376-DOC-ADS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE [22]** |

Plaintiff SHANE SCOFIELD and Defendant VERCY LLC stipulate to extend the deadline to file dispositive paperwork until January 16, 2023. (Dkt. 22). The Court hereby GRANTS the leave requested.

**IT IS SO ORDERED.**

DATED:  December 20, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable David O. Carter
　　　　　　　　　　　　　　　United States District Court Judge