1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHANE SCOFIELD, an individual,

               Plaintiff,

v.

VERCY LLC, et. al.,

               Defendant.

Case No.:  8:22-cv-01376-DOC-ADS

**[PROPOSED] ORDER**

       Plaintiff SHANE SCOFIELD and Defendant VERCY LLC stipulate to extend the deadline to file dispositive paperwork until January 16, 2023. The Court hereby GRANTS the leave requested.

**IT IS SO ORDERED.**

       DATED: January ___, 2023.

_____
Honorable David O. Carter
United States District Court Judge