Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>VERCY, L.L.C.,<br><br>    Defendant. | Case No.:  8:22-cv-01376-DOC-ADS<br><br>DECLARATION OF MARK L. JAVITCH IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT |

I hereby declare the following in support of Plaintiff's Motion to Enforce the Settlement Agreement:

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California. This declaration is based on personal knowledge of the matters set forth herein.

2. I am an attorney of record for Plaintiff Shane Scofield in the instant matter.

3. On September 9, 2022, at the initial case management conference, Scofield and Vercy, through counsel, executed an oral settlement agreement for an individual settlement.

4. As part of the Settlement Agreement, Vercy promised to make a payment of $10,000 within 30 days. The Court was to retain jurisdiction for 30 days.

5. However, Vercy never made any payment.

6. Vercy has not made any efforts to contact Plaintiff to arrange a payment schedule or otherwise respond to his requests for an update on payment.

7. This motion is made following four unreturned emails to Defendant's counsel since February 10, 2023.

8. As of the date of this filing, Vercy has not made the outstanding overdue payment.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date mentioned below in San Mateo County, California.

Dated: February 16, 2023          By: /s/ Mark L. Javitch

DECLARATION OF MARK L. JAVITCH          2          8:22-cv-01376-DOC-ADS