Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>               Plaintiff,<br><br>      v.<br><br>VERCY, L.L.C., a California business entity, et. al.,<br><br>               Defendants. | Case No.:  8:22-cv-01376-DOC-ADS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Now Comes Plaintiff SHANE SCOFIELD, in his individual capacity, and Defendant VERCY, L.L.C., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing their own costs and attorney's fees.

   Dated: February 28, 2023            Respectfully submitted,

                              By:   /s/ Mark L. Javitch
                                    Mark L. Javitch

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiff*

By:   /s/ Brent Phillips

*Attorneys for Defendant*

**Local Rule 5-4.3.4(a)(2)(i) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-4.3.4(a)(2)(i) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-4.3.4(a)(2)(i), I hereby attest that I have received concurrence in the content of this filing or authorization from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: February 28, 2023                    /s/ Mark L. Javitch

                                                                          Mark L. Javitch